Samuel T. Cohen, Appellant, v. Benjamin Oguss et al., Appellees.

Gen. No. 42,975.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944; rehearing denied March 14, 1944. Andalman & Andalman and S. G. Lippman, for appellant; Maxwell N. Andalman, of counsel; Louis M. Mantynband and George L. Siegel, for certain appellee; Henry Tiersky, for certain other appellees. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.